# Exhibit C

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,249,346
Registered Aug. 23, 1983

## SERVICE MARK
Principal Register

# HOW 'BOUT THEM DOGS

University of Georgia Athletic Association, Inc.
(Georgia corporation)
Business Services Bldg.
Athens, Ga. 30602

For: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES—NAMELY, CONDUCTING
INTERCOLLEGIATE FOOTBALL GAMES
AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).
First use Sep. 1978; in commerce Sep. 1978.

Ser. No. 339,138, filed Nov. 27, 1981.

R. ELLSWORTH WILLIAMS, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,252,488
Registered Sep. 27, 1983

## SERVICE MARK
### Principal Register

# BETWEEN THE HEDGES

University of Georgia Athletic Association, Inc.
  (Georgia corporation)
Business Services Bldg., University of Georgia
Athens, Ga. 30602

For: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES—NAMELY, CONDUCTING
INTERCOLLEGIATE FOOTBALL GAMES
AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).
  First use Sep. 1929; in commerce Sep. 1929.

Ser. No. 338,709, filed Nov. 24, 1981.

RUSS HERMAN, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,276,534
Registered May 1, 1984

## SERVICE MARK
### Principal Register



University of Georgia Athletic Association, Inc.
(Georgia corporation)
Business Services Bldg.
Athens, Ga. 30602

For: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES—NAMELY, CONDUCTING
INTERCOLLEGIATE FOOTBALL GAMES
AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).
First use 1963; in commerce 1963.
The drawing is lined for the color red.

Ser. No. 338,706, filed Nov. 24, 1981.

RUSS HERMAN, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,286,481

**United States Patent and Trademark Office**    Registered Jul. 17, 1984

## SERVICE MARK
### Principal Register



University of Georgia Athletic Association, Inc.
  (Georgia corporation)
Georgia Coliseum, University of Georgia
Athens, Ga. 30613

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, CONDUCTING INTERCOLLEGIATE FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Jun. 1964; in commerce Jun. 1964.

No claim is made to the exclusive right to use the representation of the football helmet, apart from the mark as shown.

The drawing is lined for the color red and red is claimed as a feature of the mark.

Ser. No. 338,710, filed Nov. 24, 1981.

RUSS HERMAN, Examining Attorney

**Int. Cl.: 41**

**Prior U.S. Cl.: 107**

## United States Patent and Trademark Office

**Reg. No. 1,286,481**
Registered Jul. 17, 1984

### SERVICE MARK
#### Principal Register



University of Georgia Athletic Association, Inc.
(Georgia corporation)
Georgia Coliseum, University of Georgia
Athens, Ga. 30613

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, CONDUCTING INTERCOLLEGIATE FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Jun. 1964; in commerce Jun. 1964.

No claim is made to the exclusive right to use the representation of the football helmet, apart from the mark as shown.

The drawing is lined for the color red and red is claimed as a feature of the mark.

Ser. No. 338,710, filed Nov. 24, 1981.

RUSS HERMAN, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,286,482

## United States Patent and Trademark Office

Registered Jul. 17, 1984

## SERVICE MARK
### Principal Register



University of Georgia Athletic Association, Inc.
(Georgia corporation)
Georgia Coliseum, University of Georgia
Athens, Ga. 30613

For: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES—NAMELY, CONDUCTING
INTERCOLLEGIATE FOOTBALL GAMES
AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).
First use Sep. 1964; in commerce Sep. 1964.
The drawing is lined for the color red.

Ser. No. 338,711, filed Nov. 24, 1981.

RUSS HERMAN, Examining Attorney

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 1,945,116

## United States Patent and Trademark Office

Registered Jan. 2, 1996

### SERVICE MARK
#### PRINCIPAL REGISTER

## DAWGS

UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION, INC., THE (GEORGIA CORPORA-
TION)
100 PINECREST STREET, ROOM 330
ATHENS, GA 30602

FOR: ENTERTAINMENT IN THE NATURE
OF FOOTBALL GAMES, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 0-0-1976; IN COMMERCE
0-0-1976.

SER. NO. 74-538,321, FILED 6-16-1994.

PATRICIA HORRALL, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,237,895

## United States Patent and Trademark Office

Registered Apr. 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## BULLDOGS

UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION, INC. (GEORGIA CORPORATION)
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER
SHORTS, CAPS, COATS, FOOTWEAR, HATS,
INFANTWEAR, JACKETS, JERSEYS, PANTS,
RAINWEAR, SHIRTS, SHOES, SHORTS,
SWEATPANTS, SWEAT SHIRTS, SWEAT

SUITS, SWEATERS, T-SHIRTS, TIES AND
VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1967; IN COMMERCE
0–0–1967.

SER. NO. 75–004,818, FILED 10–12–1995.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,027,008

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# HOW 'BOUT THEM DOGS

UNIVERSITY OF GEORGIA ATHLETIC ASSO-
    CIATION, INC. (GEORGIA NON-PROFIT
    CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

    FOR: DECALS, NOTEPAPER, NOTEBOOKS, PA-
PER FOLDERS; PRINTED BOOKLETS, CATALOGS,
NEWSLETTERS, AND BROCHURES ALL FEATUR-
ING COLLEGE FOOTBALL, IN CLASS 16 (U.S. CLS.
2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1978; IN COMMERCE 9-30-1978.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 1,249,346.

    SER. NO. 78-406,669, FILED 4-22-2004.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cls.: **16, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107**

**Reg. No. 3,040,390**

## United States Patent and Trademark Office

Registered Jan. 10, 2006

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION (GEORGIA NON-PROFIT COR-
PORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: PRINTED BOOKLETS, NEWSLETTERS,
CATALOGS, AND BROCHURES FEATURING IN-
FORMATION OF INTEREST TO STUDENTS, FA-
CULTY, AND ALUMNI OF THE UNIVERSITY OF
GEORGIA; DECALS; TEMPORARY TATTOOS;
NOTE PAPER; NOTEBOOKS; DECORATIVE PAPER
FLAGS; PAPER BANNERS; AND PAPER FOLDERS,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: CLOTHING, NAMELY BOXER SHORTS,
CAPS, COATS, FOOTWEAR, HATS, JACKETS, JER-
SEYS, PANTS, RAINWEAR,SHIRTS, SHOES, SOCKS,
SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT
SUITS, SWEATERS, T-SHIRTS, TIES, VISORS, AND
INFANT WEAR IN THE NATURE OF SHIRTS,
PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJA-
MAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: TOYS, GAMES, AND SPORTING GOODS,
NAMELY BOARD GAMES, STUFFED TOY ANI-
MALS, FOOTBALLS, BASKETBALLS, SOCCER
BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS,
AND GOLF ACCESSORIES, NAMELY GOLF CLUB
COVERS, GOLF CLUB HEAD COVERS, DIVOT
REPAIR TOOLS, GOLF ACCESSORY POUCHES,
GOLF BAG COVERS, GOLF BAG TAGS, GOLF
BALL MARKERS, GOLF BALL RETRIEVERS,
GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF
CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB
SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS
GOLF PUTTERS, GOLF TEE MARKERS, GOLF
TEES, AND GOLF TOWEL CLIPS FOR ATTACH-
MENT TO GOLF BAGS; AND CHRISTMAS TREE
ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: EDUCATION SERVICES, NAMELY PRO-
VIDING INSTRUCTION AT THE COLLEGE LEVEL,
AND ENTERTAINMENT SERVICES, NAMELY OR-
GANIZING AND CONDUCTING COLLEGIATE
SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

THE COLORS RED AND BLACK ARE CLAIMED
AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS ON THE FOOTBALL
HELMET AND THE COLOR BLACK APPEARS IN
THE LETTER "G" AND IN THE MIDDLE STRIPE
ON THE HELMET.

THE MARK CONSISTS OF UNIVERSITY OF
GEORGIA FOOTBALL HELMET DESIGN WITH
AN OVAL "G" ON HELMET.

SER. NO. 78-417,522, FILED 5-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cls.: 14, 16, 21, 25 and 28**

**Prior U.S. Cls.: 2, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40 and 50**

**Reg. No. 3,040,391**

## United States Patent and Trademark Office

Registered Jan. 10, 2006

### TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSO-CIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: JEWELRY, WATCHES, PRECIOUS ME-TALS, AND PRECIOUS STONES , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING IN-FORMATION OF INTEREST TO STUDENTS, FA-CULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; TEMPORARY TATTOOS; NOTE PAPER; NOTEBOOKS; DECORATIVE PAPER FLAGS; PAPER BANNERS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: BEVERAGE GLASSWARE, EARTHEN-WARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLAS-SES AND COASTERS; INSULATED PORTABLE BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JER-SEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VI-SORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANI-MALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACH-MENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

OWNER OF U.S. REG. NO. 1,286,482.

THE COLOR RED IS CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS ON THE BORDER CIRCLE SURROUNDING THE LETTER G

THE MARK CONSISTS OF "G" IN OVAL DESIGN.

SER. NO. 78-417,622, FILED 5-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cls.: 25 and 41**

**Prior U.S. Cls.: 22, 39, 100, 101 and 107**

**Reg. No. 3,044,695**

**United States Patent and Trademark Office**  Registered Jan. 17, 2006

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# HAIRY DAWG

UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION, INC. (GEORGIA NON-PROFIT
CORPORATION)

BUTTS/MEHRE HERITAGE HALL

1 SELIG CIRCLE

ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS,
CAPS, COATS, FOOTWEAR, HATS, INFANT WEAR,
JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS,
SHOES, SHORTS, SWEATPANTS, SWEATSHIRTS,
SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, AND
VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

FOR: EDUCATION SERVICES, NAMELY PRO-
VIDING INSTRUCTION AT THE COLLEGE LEVEL,
AND ENTERTAINMENT SERVICES, NAMELY OR-
GANIZING AND CONDUCTING COLLEGIATE
SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-405,825, FILED 4-21-2004.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,044,738**

**United States Patent and Trademark Office**   Registered Jan. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# HOW 'BOUT THEM DAWGS

UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION, INC. (GEORGIA NON-PROFIT
CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS,
CAPS, COATS, FOOTWEAR, HATS, INFANT WEAR,
JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS,
SHOES, SHORTS, SWEATPANTS, SWEATSHIRTS,
SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, AND
VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1978; IN COMMERCE 9-30-1978.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,249,346 AND
1,945,116.

SER. NO. 78-411,054, FILED 4-30-2004.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cls.: **25, 28 and 41**

Prior U.S. Cls.: **22, 23, 38, 39, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 3,044,756

Registered Jan. 17, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION, INC. (GEORGIA NON-PROFIT
CORPORATION)
BUTTS/MEHRE HERITAGE HALL 1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS,
CAPS, COATS, FOOTWEAR, HATS, INFANT WEAR,
JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS,
SHOES, SHORTS, SWEATPANTS, SWEATSHIRTS,
SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, AND
VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

FOR: TOYS, GAMES, AND SPORTING GOODS,
NAMELY BOARD GAMES, STUFFED TOY ANI-
MALS, FOOTBALLS, BASKETBALLS, SOCCER
BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS,
AND GOLF ACCESSORIES, NAMELY GOLF CLUB
COVERS, GOLF CLUB HEAD COVERS, DIVOT
REPAIR TOOLS, GOLF ACCESSORY POUCHES,
GOLF BAG COVERS, GOLF BAG TAGS, GOLF
BALL MARKERS, GOLF BALL RETRIEVERS,
GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF
CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB

SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS,
GOLF PUTTERS, GOLF TEE MARKERS, GOLF
TEES, AND GOLF TOWEL CLIPS FOR ATTACH-
MENT TO GOLF BAGS; AND CHRISTMAS TREE
ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

FOR: EDUCATION SERVICES, NAMELY PRO-
VIDING INSTRUCTION AT THE COLLEGE LEVEL,
AND ENTERTAINMENT SERVICES, NAMELY OR-
GANIZING AND CONDUCTING COLLEGIATE
SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

THE MARK CONSISTS OF CARTOON BULLDOG
STANDING IN FOOTBALL UNIFORM DESIGN.

SER. NO. 78-412,404, FILED 5-3-2004.

DAYNA BROWNE, EXAMINING ATTORNEY

Int. Cls.: 16, 21, 28 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 40, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,065,107

Registered Mar. 7, 2006

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# BULLDOGS

UNIVERSITY OF GEORGIA ATHLETIC ASSO-CIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING IN-FORMATION OF INTEREST TO STUDENTS, FA-CULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; NOTE PAPER; NOTEBOOKS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

FOR: BEVERAGE GLASSWARE, EARTHEN-WARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLAS-SES, COASTERS, AND INSULATED BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY, STUFFED TOY ANIMALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

FOR: EDUCATION SERVICES, NAMELY PRO-VIDING INSTRUCTION AT THE COLLEGE LEVEL, AND ENTERTAINMENT SERVICES, NAMELY OR-GANIZING AND CONDUCTING COLLEGIATE SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1929; IN COMMERCE 12-31-1929.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,237,895.

SER. NO. 78-409,080, FILED 4-27-2004.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cls.: **16, 21, 25 and 28**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 39, 40 and 50**

Reg. No. 3,075,673

## United States Patent and Trademark Office

Registered Apr. 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# DAWGS

UNIVERSITY OF GEORGIA ATHLETIC ASSO-CIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: DECALS, NOTEPAPER, NOTEBOOKS, PA-PER FOLDERS; PRINTED BOOKLETS, CATALOGS, NEWSLETTERS, AND BROCHURES ALL FEATUR-ING COLLEGE FOOTBALL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

FOR: BEVERAGE GLASSWARE, EARTHEN-WARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLAS-SES, COASTERS, AND INSULATED BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, INFANT WEAR, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANI-MALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACH-MENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,945,116.

SER. NO. 78-409,055, FILED 4-27-2004.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cls.: **14, 16, 21, 25 and 28**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40 and 50**

Reg. No. 3,099,998

# United States Patent and Trademark Office

Registered June 6, 2006

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSO-CIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: JEWELRY, WATCHES, CLOCKS, PRE-CIOUS METALS, AND PRECIOUS STONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING IN-FORMATION OF INTEREST TO STUDENTS, FA-CULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; TEMPORARY TATTOOS; NOTE PAPER; NOTEBOOKS; DECORATIVE PAPER FLAGS; PAPER BANNERS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: BEVERAGE GLASSWARE, EARTHEN-WARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLAS-SES AND COASTERS; INSULATED PORTABLE BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JER-SEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VI-SORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANI-MALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACH-MENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

OWNER OF U.S. REG. NO. 1,284,677.

THE COLOR(S) RED AND BACK ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 78-417,735, FILED 5-12-2004.

THE COLORS RED AND BLACK APPEARS ON THE CAP AND THE COLLAR, AND IN THE EYES, OF THE DOG.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,105,938

Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSO-CIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL 1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEAT PANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VISORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1963; IN COMMERCE 12-31-1963.

OWNER OF U.S. REG. NO. 1,276,534.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS ON THE SHIRT OF THE DOG.

THE MARK CONSISTS OF A REALISTIC BULL-DOG WEARING A JERSEY SHIRT WITH A "G" ON IT.

SER. NO. 78-410,498, FILED 4-29-2004.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,239,723

Registered May 8, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# BETWEEN THE HEDGES

UNIVERSITY OF GEORGIA ATHLETIC ASSO-
CIATION, INC. (GEORGIA CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS,
CAPS, COATS, FOOTWEAR, HATS, JACKETS, JER-
SEYS, PANTS, RAINWEAR, SHIRTS, SHOES,
SOCKS, SHORTS, SWEAT PANTS, SWEATSHIRTS,
SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VI-
SORS, AND INFANT WEAR IN THE NATURE OF
SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS,
AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1988; IN COMMERCE 4-1-1988.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,252,488.

SER. NO. 78-926,933, FILED 7-11-2006.

MARGARET POWER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,105,271**

**Registered Dec. 20, 2016**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

University of Georgia Athletic Association, Inc. (GEORGIA CORPORATION)
Butts/Mehre Heritage Hall
1 Selig Circle
Athens, GA 30602

CLASS 41: Educational services, namely, providing courses of instruction at the college level; Entertainment in the nature of competitions in the field of athletics; Entertainment services in the nature of collegiate athletic performances; Entertainment services, namely, providing podcasts in the field of college athletics; Entertainment services, namely, providing webcasts in the field of college athletics; Providing a website for entertainment purposes featuring text, photos, videos about collegiate sports

FIRST USE 4-1-2013; IN COMMERCE 4-1-2013

The mark consists of bulldog head design with spike-studded collar and a logo in the center of the collar consisting of the letter "G" in circle.

OWNER OF U.S. REG. NO. 3412639, 3099998, 1284677

SER. NO. 85-913,061, FILED 04-24-2013
DAVID E COLLIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,110,068**

**Registered Dec. 27, 2016**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

University of Georgia Athletic Association, Inc. (GEORGIA CORPORATION)
Butts/Mehre Heritage Hall
1 Selig Circle
Athens, GA 30602

CLASS 14: Charms; Clocks; Collectible coins; Desktop statuary made of precious metal; Jewelry; Key rings of precious metals; Rubber or silicon wristbands in the nature of a bracelet; Watch bands and straps; Watches

FIRST USE 4-1-2014; IN COMMERCE 4-1-2014

The mark consists of bulldog head design with spike-studded collar and a logo in the center of the collar consisting of the letter "G" in circle.

OWNER OF U.S. REG. NO. 3412639, 3099998, 1284677

SER. NO. 85-913,065, FILED 04-24-2013
DAVID E COLLIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,110,069**

**Registered Dec. 27, 2016**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

University of Georgia Athletic Association, Inc. (GEORGIA CORPORATION)
Butts/Mehre Heritage Hall
1 Selig Circle
Athens, GA 30602

CLASS 16: Art prints; Calendars; Cards, namely, greeting cards, note cards; Children's books; Decals; Desk sets; Folders; Notebooks; Notepads; Paper party decorations; Printed matter, namely, paper signs, books, manuals, curriculum, newsletters, informational cards and brochures in the field of college and collegiate athletics; Stickers; Temporary tattoos

FIRST USE 4-1-2014; IN COMMERCE 4-1-2014

The mark consists of bulldog head design with spike-studded collar and a logo in the center of the collar consisting of the letter "G" in circle.

OWNER OF U.S. REG. NO. 3412639, 3099998, 1284677

SER. NO. 85-913,068, FILED 04-24-2013
DAVID E COLLIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,110,070**

**Registered Dec. 27, 2016**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

University of Georgia Athletic Association, Inc. (GEORGIA CORPORATION)
Butts/Mehre Heritage Hall
1 Selig Circle
Athens, GA 30602

CLASS 21: Beverage glassware; Commemorative plates; Cups and mugs; Insulating sleeve holder for beverage cups; Insulating sleeve holder for bottles; Insulating sleeve holders for beverage cans; Plastic cups; Serving trays; Thermal insulated containers for food or beverages; Thermal insulated wrap for cans to keep the contents cold or hot; Water bottles sold empty

FIRST USE 4-1-2014; IN COMMERCE 4-1-2014

The mark consists of bulldog head design with spike-studded collar and a logo in the center of the collar consisting of the letter "G" in circle.

OWNER OF U.S. REG. NO. 3412639, 3099998, 1284677

SER. NO. 85-913,072, FILED 04-24-2013
DAVID E COLLIER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

> ## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,110,071**

**Registered Dec. 27, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

University of Georgia Athletic Association, Inc. (GEORGIA CORPORATION)
Butts/Mehre Heritage Hall
1 Selig Circle
Athens, GA 30602

CLASS 25: Athletic apparel, namely, shirts, hats and caps, jackets, footwear, athletic uniforms; Beanies; Belts; Children's and infant's apparel, namely, one-piece garments, rompers, jumpers; Children's headwear; Footwear; Headgear, namely, hats, caps, visors; Hooded sweatshirts for adults, women and men; Jackets; Shirts; Shorts; Socks; Sweat shirts; Sweat shorts; T-shirts

FIRST USE 11-1-2013; IN COMMERCE 11-1-2013

The mark consists of bulldog head design with spike-studded collar and a logo in the center of the collar consisting of the letter "G" in circle.

OWNER OF U.S. REG. NO. 3412639, 3099998, 1284677

SER. NO. 85-913,074, FILED 04-24-2013
DAVID E COLLIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,110,072**

**Registered Dec. 27, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

University of Georgia Athletic Association, Inc. (GEORGIA CORPORATION)
Butts/Mehre Heritage Hall
1 Selig Circle
Athens, GA 30602

CLASS 28: Board games; Christmas tree ornaments and decorations; Football gloves; Golf bags; Golf ball markers; Golf clubs; Toy beanbags; Toy foam novelty items, namely, foam fingers and hands

FIRST USE 4-1-2015; IN COMMERCE 4-1-2015

The mark consists of bulldog head design with spike-studded collar and a logo in the center of the collar consisting of the letter "G" in circle.

OWNER OF U.S. REG. NO. 3412639, 3099998, 1284677

SER. NO. 85-913,076, FILED 04-24-2013
DAVID E COLLIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ATTACK THE DAY

**Reg. No. 5,622,561**

**Registered Dec. 04, 2018**

**Int. Cl.: 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

University of Georgia Athletic Association, Inc.  (GEORGIA CORPORATION)
Butts/mehre Heritage Hall
1 Selig Circle
Athens, GEORGIA 30602

CLASS 30: Coffee

FIRST USE 8-00-2017; IN COMMERCE 8-00-2017

CLASS 41: Entertainment in the nature of competitions in the field of athletics; Entertainment services in the nature of collegiate athletic performances; Entertainment services, namely, providing podcasts in the field of college athletics; Entertainment services, namely, providing webcasts in the field of college athletics; Providing a website for entertainment purposes featuring text, photos, videos about collegiate sports

FIRST USE 12-00-2016; IN COMMERCE 12-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-890,802, FILED 04-24-2018



Director of the United States
Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
               DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.