```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION

UNIVERSITY OF GEORGIA ATHLETIC   *
ASSOCIATION, INC., a Georgia
nonprofit corporation,           *

     Plaintiff,                  *

vs.                              *     CASE NO. 3:22-cv-119 (CDL)

THE SEVEN SIX, LLC, a Tennessee  *
limited liability company, and
CHASE KELLEY, an individual,     *

     Defendants.                 *
```

O R D E R

The Plaintiff in this action seeks a preliminary injunction in addition to other more permanent relief. Although Plaintiff has not filed a separate motion for preliminary injunction, the Court finds it appropriate, given the tight nature of its Athens Division calendar, to set aside a hearing date for any forthcoming motion. Accordingly, any motion for preliminary injunction shall be heard at the federal courthouse in Athens on April 10, 2023 beginning at 2:00 P.M.

The Court understands that Defendant has been served with the Complaint but has not yet entered an appearance. Counsel for Plaintiff shall promptly notify Defendant of this order. If the parties desire a different hearing date, counsel shall inform the Court as soon as possible. Any rescheduled hearing would likely have to be held in Columbus instead of Athens.

IT IS SO ORDERED, this 13th day of January, 2023.

                                                S/Clay D. Land  
                                                CLAY D. LAND  
                                                U.S. DISTRICT COURT JUDGE  
                                                MIDDLE DISTRICT OF GEORGIA