## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., a Georgia nonprofit corporation, | ) ) ) ) CIVIL ACTION |
| Plaintiff, | ) ) FILE NO.: 3:22-cv-00119-CDL |
| vs. | ) ) ) |
| THE SEVEN SIX, LLC, a Tennessee limited liability company, and CHASE KELLEY, an individual, | ) ) ) ) |
| Defendants. | ) / |

**JOINT STIPULATION FOR DEFENDANTS TO ANSWER COMPLAINT**

COME NOW, Plaintiff and Defendants, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1 hereby stipulate that Defendants shall have up through and including February 8, 2023, in which to answer or otherwise respond to Plaintiff's Complaint.

**CONSENTED TO this 23rd day of January, 2023.**

| KING & SPALDING LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| */s/ Russell E. Blythe*_____ | */s/ William C. Buhay*_____ |
| Russell E. Blythe (WEP by William C. Buhay) | William C. Buhay |
| Georgia Bar No. 141379 | Georgia Bar No. 093940 |
| | 3344 Peachtree Rd., NE, Ste 2400 |

| | |
|---|---|
| Holmes J. Hawkins, III<br>Georgia Bar No. 338681<br>Charles Spalding, Jr.<br>Georgia Bar No. 411926<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Ph: (404) 572-4600<br>Fax: (404) 572-5137<br>rblythe@kslaw.com<br>hhawkins@kslaw.com<br>cspalding@kslaw.com<br><br>*Attorneys for Plaintiff* | Atlanta, Georgia  30326<br>Ph: (404) 876-2700<br>Fax: (404) 875-9433<br>wbuhay@wwhgd.com<br><br>*Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing ***JOINT STIPULATION FOR DEFENDANTS TO ANSWER COMPLAINT*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Russell E. Blythe, Esq.
Holmes J. Hawkins, III, Esq.
Charles Spalding, Jr., Esq.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
rblythe@kslaw.com
hhawkins@kslaw.com
cspalding@kslaw.com

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ William C. Buhay*_____
William C. Buhay
Georgia Bar No. 093940

3344 Peachtree Rd., NE, Ste 2400    *Attorney for Defendants*
Atlanta, Georgia 30326
Ph: (404) 876-2700
Fax: (404) 875-9433
wbuhay@wwhgd.com