## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., a Georgia nonprofit corporation, | ) ) ) ) CIVIL ACTION |
| Plaintiff, | ) ) FILE NO.: 3:22-cv-00119-CDL |
| vs. | ) ) ) |
| THE SEVEN SIX, LLC, a Tennessee limited liability company, and CHASE KELLEY, an individual, | ) ) ) ) |
| Defendants. | ) / |

### DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TWO-WEEK EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendants, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, hereby move the Court for a two-week extension of time up through and including February 22, 2023, in which to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, Defendants state that the parties are diligently working together in an effort to reach an amicable resolution to this case but require additional time to fully explore and then document such a resolution. Further, Plaintiff, through its

counsel, does not oppose the Court's entry of an Order granting this two-week extension.

For the foregoing reasons, Defendants respectfully request that the Court issue an Order holding that Defendants shall have through and including February 22, 2023 within which to answer or otherwise respond to Plaintiff's Complaint.

**Respectfully submitted this 7th day of February, 2023.**

        **WEINBERG, WHEELER,**
        **HUDGINS, GUNN & DIAL, LLC**

        ***/s/ William C. Buhay***
        William C. Buhay
        Georgia Bar No. 093940
        3344 Peachtree Rd., NE, Ste 2400
        Atlanta, Georgia  30326
        Ph: (404) 876-2700
        Fax: (404) 875-9433
        wbuhay@wwhgd.com

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing *DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TWO-WEEK EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Russell E. Blythe, Esq.
Holmes J. Hawkins, III, Esq.
Charles Spalding, Jr., Esq.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
rblythe@kslaw.com
hhawkins@kslaw.com
cspalding@kslaw.com

This 7th day of February, 2023.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ William C. Buhay*_____
William C. Buhay
Georgia Bar No. 093940

*Attorneys for Defendants*

3344 Peachtree Rd., NE, Ste 2400
Atlanta, Georgia 30326
Ph: (404) 876-2700
Fax: (404) 875-9433
wbuhay@wwhgd.com

-3-