```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

| | |
|---|---|
| UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., a Georgia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SEVEN SIX, LLC, a Tennessee limited liability company, and CHASE KELLEY, an individual,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Case No. 3:22-cv-00119-CDL<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CONSENT ORDER

Plaintiff University of Georgia Athletic Association brought this action against Defendants The Seven Six, LLC and Chase Kelley alleging trademark infringement under the Lanham Act, 15 U.S.C. § 1114, and related federal and state claims. The Parties have advised the Court that they have reached an agreement in principle to resolve this action. To avoid further expenses of litigation, the Court hereby **TERMINATES** the deadline for the Parties to file their Joint Report. Additionally, the Court hereby **CANCELS** the hearing previously set in this action for April 10, 2023. The Court **ORDERS** the Parties to file a joint motion to resolve this action by Thursday, May 4, 2023.

DONE and ORDERED this 5th day of April, 2023.

                                                S/Clay D. Land
                                     _____

                                        United States District Court Judge